UST-31, 3/03

S. William Manera, Chapter 7 Trustee
P.O. Box 44350
Phoenix, AZ 85064
(602) 795-2796
(602) 795-2817 (fax)
swm-docs@swmanera.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| ROBERT D KALINOWSKI | ) | CASE NO. 08-04654-PHX CGC |
| MEAGAN C KALINOWSKI | ) | |
| | ) | PETITION TO PAY DIVIDEND |
| Debtor(s) | ) | IN THE AMOUNT LESS THAN $5.00 |
| | ) | TO THE CLERK OF THE U.S. B |
| _____ | | BANKRUPTCY COURT |

S. William Manera, Trustee, reports that the following dividend(s) in amounts less than

$5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not

be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided

in "347" of the Code.

| CLAIM NO. | CREDITOR' S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 13 | Verizon Wireless West<br>P.O. Box 3397<br>Bloomington, Il 61702 | $4.36 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the

Trustee to pay over the amount of $4.36 to the Clerk of the Court to be deposited in the Registry

thereof.

March 25, 2010                              /s/ S. William Manera
Date                                        S. William Manera